## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Clinton Wright Jr., | Civ. Action No.: 1:23-cv-01087-RGA |
| Plaintiff, | |
| v. | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| First Advantage Background Services Corp., | |
| Defendant. | |

Pursuant to Federal Rule of Civil Procedure 41, Plaintiff Clinton Wright Jr. and Defendant First Advantage Background Services Corp. ("FABS"), by and through undersigned counsel, hereby stipulate that this action and all claims and defenses asserted therein be dismissed with prejudice as to Defendant FABS. There are no remaining defendants in this matter.

Dated: April 8, 2024,

**GARIBIAN LAW OFFICES, P.C**.

/s/ Antranig Garibian
Antranig Garibian, Esq. (DE Bar 4962)
Brandywine Plaza East
1523 Concord Pike, Suite 400
Wilmington, DE 19803
(302) 722-6885
ag@garibianlaw.com

Tarek N. Chami – MI# P76407
*Admitted Pro Hac Vice*
CONSUMER ATTORNEYS
22000 Michigan Ave, Suite 200
Dearborn, MI 48124
T: (313) 447-0488
E: tchami@consumerattorneys.com

*Attorneys for Plaintiff*
*Clinton Wright Jr.*

**CONNOLLY GALLAGHER LLP**

/s/ Alan R. Silverstein
Alan R. Silverstein (#5066)
1201 N. Market Street, 20th Floor
Wilmington, DE 19801
Telephone: (302) 757-7300
asilverstein@connollygallagher.com

OF COUNSEL:
Henry R. Chalmers
Natalie L. Cascario
ARNALL GOLDEN GREGORY LLP
171 17th Street NW, Suite 2100
Atlanta, GA 30363
(404) 873-8646
henry.chalmers@agg.com
natalie.cascario@agg.com
*Counsel for Defendant First Advantage*
*Background Services Corp.*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on April 8, 2024, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter. Since none of the attorneys of record are non-ECF participants, hard copies of the foregoing have not been provided via personal delivery or by postal mail.

**GARIBIAN LAW OFFICES, P.C**.


*/s/ Antranig Garibian*
Antranig Garibian, Esq. (DE Bar 4962)