**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

Clinton Wright Jr.,

Plaintiff,

v.

First Advantage Background Services Corp.,

Defendant.

Civ. Action No.: 1:23-cv-01087-RGA

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41, Plaintiff Clinton Wright Jr. and Defendant First Advantage Background Services Corp. ("FABS"), by and through undersigned counsel, hereby stipulate that this action and all claims and defenses asserted therein be dismissed with prejudice as to Defendant FABS. There are no remaining defendants in this matter.

Dated: April 8, 2024,

**GARIBIAN LAW OFFICES, P.C**.

*/s/ Antranig Garibian*
Antranig Garibian, Esq. (DE Bar 4962)
Brandywine Plaza East
1523 Concord Pike, Suite 400
Wilmington, DE 19803
(302) 722-6885
ag@garibianlaw.com

Tarek N. Chami – MI# P76407
*Admitted Pro Hac Vice*
CONSUMER ATTORNEYS
22000 Michigan Ave, Suite 200
Dearborn, MI 48124
T: (313) 447-0488
E: tchami@consumerattorneys.com

*Attorneys for Plaintiff
Clinton Wright Jr.*

**CONNOLLY GALLAGHER LLP**

*/s/ Alan R. Silverstein*
Alan R. Silverstein (#5066)
1201 N. Market Street, 20th Floor
Wilmington, DE 19801
Telephone: (302) 757-7300
asilverstein@connollygallagher.com

OF COUNSEL:
Henry R. Chalmers
Natalie L. Cascario
ARNALL GOLDEN GREGORY LLP
171 17th Street NW, Suite 2100
Atlanta, GA 30363
(404) 873-8646
henry.chalmers@agg.com
natalie.cascario@agg.com
*Counsel for Defendant First Advantage
Background Services Corp.*

SO ORDERED this <u>8th</u> day of April, 2024

/s/ Richard G. Andrews
United States District Judge

1